**IN THE SUPREME COURT OF PENNSYLVANIA**


OFFICE OF DISCIPLINARY COUNSEL, : No. 1892 Disciplinary Docket No. 3
            Petitioner : 
 : No. 172 DB 2012
            v. : 
 : Attorney Registration No. 83524
MARK T. SCHAPPELL, : 
            Respondent : (Lebanon County)


## O R D E R


**PER CURIAM**


**AND NOW**, this 16th day of December, 2014, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board dated September 12, 2014, the Joint Petition in Support of Discipline on Consent is hereby granted pursuant to Rule 215(g), Pa.R.D.E., and it is

ORDERED that Mark T. Schappell is suspended on consent from the Bar of this Commonwealth for a period of five years, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.